## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:                              )
                                    )
JAMES TROY CLARK                    )      Case No. 11-36743-KLP
                                    )      Chapter 7
            **Debtor**              )

### NOTICE OF MOTION AND NOTICE OF HEARING

     The Debtor, James Troy Clark, by Counsel, has simultaneously with the filing of this Notice filed with the Court the attached Motion to Vacate the Order of Dismissal previously entered by the Court in this case (the "Motion").

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion which was previously served on you is filed with the Clerk of Court and served on the moving party within seven (7) days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the relief requested.**

     **PLEASE TAKE FURTHER NOTICE that a hearing has been set on the Motion before The Honorable Keith L. Phillips, on June 25, 2014 at 12:00 Noon in Courtroom 5100, 701 East Broad Street, Richmond, Virginia 23219. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before 7 days before the hearing date you or your attorney must:**

     File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1. You must mail or otherwise file it early enough so the Court will receive it on or before the due date identified herein.

     Clerk of Court
     United States Bankruptcy Court
     701 E. Broad Street
     Richmond, VA 23219-1888

You must also serve a copy on:

Robert B. Easterling, VSB #15552
2217 Princess Anne Street, Suite 100-2
Fredericksburg, VA 22401
(540)373-5030
(540)373-5234 Fax
eastlaw@easterlinglaw.com
*Counsel for Debtor*

    Robert B. Easterling, Esquire
    Counsel for Debtor
    2217 Princess Anne Street, Suite 100-2
    Fredericksburg, Virginia 22401

    Office of the United States Trustee
    701 E. Broad Street, Suite 4304
    Richmond, VA 23219-1849

    If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

## MOTION TO VACATE DISMISSAL

    COMES NOW the Debtor, James Troy Clark, by Counsel, and moves the Court under Rule 9024 Fed R Bankr P  (Rule 60(b) FR Civ P) to vacate the dismissal order entered in this matter on May 29, 2014 and in support thereof says as follows:

    1.    On May 27, 2014 the Debtor had a scheduled telephonic meeting of creditors in this case. The Debtor failed to complete the call at the scheduled time.

    2.    The United States Trustee certified that the debtor or debtor's counsel had not appeared at the scheduled meeting of creditors.  Counsel for the debtor did appear in person for the scheduled meeting of creditors.

    3.    The Debtor's case had been previously converted from a Chapter 13 case to a Chapter 7 case, and his meeting of creditors had been previously rescheduled in the Chapter 7 case due to an automobile accident experienced by the Debtor on the previously scheduled date. Because of the previously rescheduled meeting of creditors, Debtor's counsel was not able to obtain agreement to a second rescheduled meeting of creditors from the Office of the U.S. Trustee.

    4.    On May 29, 2014 this Court entered an Order of Dismissal pursuant to Local Rule 2003-1(B).

5. At the time of the scheduled telephonic meeting of creditors, and continuing to the present time, the Debtor was incarcerated in a federal penitentiary in the State of Georgia and, therefore, not able to attend the meeting of creditors in person.

6. The Debtor's telephonic privileges are very limited during his incarceration, and the debtor and the penitentiary failed to complete the required telephonic connections for his scheduled meeting of creditors at the required time.

7. The Debtor desires to reinstate and continue his Chapter 7 bankruptcy case and to perform the duties required of him in that regard, including telephonically attending the meeting of creditors. Due to the entry of the Order of Dismissal, the Debtor understands and believes that his meeting of creditors will need to be rescheduled and requests that the Court permit this to be done.

8. The Debtor has already completed his financial management course and filed his certificate in that regard.

WHEREFORE, the Debtor respectfully moves the Court to vacate its order of dismissal and reinstate his case, permit his meeting of creditors to be rescheduled as a telephonic hearing due to his incarceration, and for such other and further relief as this Court may deem appropriate.

James Troy Clark

By: /s/Robert B. Easterling_____
    Robert B. Easterling
    Counsel for Debtor

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2014, I served by electronic mail using the ECF filing system, or by first-class mail, postage prepaid, with return address clearly shown, copies of the foregoing Motion to Vacate Dismissal on all creditors and parties in interest as shown on the attached matrix.

/s/Robert B. Easterling_____
Robert B. Easterling

| | | |
|---|---|---|
| Judy A. Robbins 11<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219-1849 | Midland Funding LLC by American InfoSource L<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Recovery Management Systems Corporation<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd Suite 300<br>HIGHLANDS RANCH, CO 80129-2386 | THE BANK OF NEW YORK MELLON<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243-4652 |
| The Bank of New York Mellon FKA The Bank of<br>8742 Lucent Blvd<br>Suite 300<br>Highlands Ranch, CO 801292386 | Bruce H. Matson<br>LeClair Ryan, A Professional Corporation<br>P.O. Box 2499<br>Richmond, VA 23218-2499 | (p)CREDITORS BANKRUPTCY SERVICE<br>15660 DALLAS PKWY<br>SUITE 300<br>DALLAS TX 75248-3354 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Bank of America Home Loans Svcg LP<br>Attn: Customer Service CA6-919-01-4<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | Bank of New York Mellon<br>c/o ALG Trustee, LLC<br>P.O. Box 2548<br>Leesburg, VA 20177-7754 |
| Bank of New York Mellon<br>c/o Recontrust Company<br>2380 Performance Dr TX2-985-07-03<br>Richardson, TX 75082-4333 | Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Chase<br>c/o Equable Ascent Fncl LLC<br>1120 W Lake Cook Rd #B<br>Buffalo Grove, IL 60089-1970 | CitiFinancial<br>Bankruptcy Dept.<br>P.O. Box 6042<br>Sioux Falls, SD  57117-6042 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Equable Ascent Financial, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| FST BK DEL<br>c/o NCA<br>P.O. Box 550<br>Hutchenson, KS 67504-0550 | First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| GE Money Bank/Walmart<br>Attn: Bankruptcy Dept<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Granite Recovery LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kay Jewelers<br>P.O. Box 3680<br>Akron, OH 44309-3680 | Macy's<br>Bankruptcy Processing<br>P.O. Box 8053<br>Mason, OH 45040-8053 |

```
Midland Credit Management, Inc.         Midland Funding LLC                     Midland Funding LLC
8875 Aero Drive, Suite 200              by American InfoSource LP as agent      by American InfoSource LP as agent
San Diego, CA 92123-2255                Attn: Department 1                      PO Box 4457
                                        PO Box 4457                             Houston, TX  77210-4457
                                        Houston, TX  77210-4457


Navy Federal Credit Union               Office of the U.S. Trustee              Portfolio Investments I LLC
P.O. Box 3000                           701 E. Broad Street, Suite 4304         c/o Recovery Management Systems Corp
Merrifield, VA 22119-3000               Richmond, VA 23219-1849                 25 SE 2nd Avenue Suite 1120
                                                                                Miami FL 33131-1605


Portfolio Investments II LLC            Premier Bankcard/Charter                Progressive Halcyon Insurance
c/o Recovery Management Systems Corporat P.O. Box 2208                          7075 Halcyon Park Drive, #200
25 SE 2nd Avenue Suite 1120             Vacaville, CA 95696-8208                Montgomery, AL 36117-7763
Miami, FL 33131-1605


Progressive Halcyon Insurance           Progressive Insurance Co                Progressive Insurance Co
c/o Credit Collection Service           6300 Wilson Mills Road                  c/o NCO Financial
P.O. Box 9134                           Mayfield Village, OH 44143-2182         P.O. Box 15636
Needham, MA 02494-9134                                                          Wilmington, DE 19850-5636


Quantum3 Group LLC as agent for         Quantum3 Group LLC as agent for         Recovery Management Systems Corporation
Genesis Financial Solutions INC         MOMA Funding LLC                        25 S.E. 2nd Avenue, Suite 1120
PO Box 788                              PO Box 788                              Miami, FL 33131-1605
Kirkland, WA  98083-0788                Kirkland, WA  98083-0788


Sallie Mae Inc. on behalf of TGSLC      Sallie Mae Servicing Corp               T-Mobile
P.O. Box 83100                          P.O. Box 9500                           2840 Plaza Place, Ste 100
Round Rock, TX 78683-3100               Wilkes-Barre, PA 18773-9500             Raleigh, NC  27612-6342


T-Mobile Customer Relations             Target                                  Target
P.O. Box 37380                          Bankruptcy Department                   c/o Midland Credit Management
Alburquerque, NM 87176-7380             PO Box 1327                             8875 Aero Drive, Suite 200
                                        Minneapolis, MN 55440-1327              San Diego, CA 92123-2255


The Bank of New York Mellon             The Bank of New York Mellon, etc.       The Partnership FCU
as Ttee CHldrs of CWABS Inc 2007-1      c/o Bank of America, N.A.               P.O. Box 18539
101 Barclay St-4W                       400 National Way                        Washington, DC 20036-8539
New York, NY 10286-0001                 Mail Stop CA6-919-01-23
                                        Simi Valley, CA 93065-6414


United States Attorney                  Verizon                                 Verizon
Main Street Centre  18th Flr.           500 TECHNOLOGY DRIVE, SUITE 550         Bankruptcy Administration
600 East Main Street                    SAINT CHARLES, MO    63304-2225         500 Technology Drive, Suite 550
Richmond, VA 23219-2416                                                         Saint Charles, MO 63304-2225


James Troy Clark 83592-083
FPC Atlanta
POB 150160
Atlanta, GA 30315
```